UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

                          Plaintiff,

        v.

WASHINGTON STATE DEPARTMENT OF
CORRECTIONS, *et al*.,

                          Defendants.

Case No. C23-6147-RSM

ORDER DISMISSING ACTION

        The Court, having reviewed the Report and Recommendation of the Honorable Michelle

L. Peterson, United States Magistrate Judge, any objections or responses thereto, and the

remaining record, finds and ORDERS as follows:

        (1)     The Report and Recommendation is approved and adopted.

        (2)     Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is DENIED.

        (3)     Plaintiff's proposed complaint (dkt. # 1-1) and this action are DISMISSED

without prejudice.

//

//

ORDER DISMISSING ACTION - 1

1        (4)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge

2    Peterson.

3        DATED this 11th day of January, 2024.

 

 

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 2